IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NYDIA DOMINGUEZ,<br>     Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-16-CV-045-DB |
| | § | |
| BURKEEN TRUCKING COMPANY et al.,<br>     Defendants. | §<br>§<br>§<br>§ | |

### FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **7th** day of **December 2016**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE